## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ABALITH HOLDINGS LIMITED**, a ) <br> Republic of Cyprus Corporation, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **JOSTEIN EIKELAND**, an individual, ) <br> ) <br>     Defendant. ) <br> ) | **Case No.: 9:21-cv-80791-AMC** |

## PLAINTIFF'S  NOTICE OF SERVICE AND COMPLIANCE WITH COURT'S ORDER (Dkt. 17)

COMES NOW, Plaintiff, ABALITH HOLDINGS LIMITED, by and through its undersigned counsel and pursuant to the Court's Order (Dkt. 17), hereby files this Notice of Service and Compliance with the Court's Order:

1.    Plaintiff hereby certifies that it served the Court's Order (Dkt. 17) on February 18, 2022, on Defendant/Judgment Debtor and his Counsel from Norway in compliance with the Court's Order.  A copy of the electronic service of the Court's Order is attached hereto.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM / ECF.  I also hereby certify that a true and correct copy of the foregoing has been sent to the parties either via transmission of Notices of Electronic Filing generated by CM / ECF or other authorized manner if not authorized to receive Notices of Electronic Filing.

LEVY & PARTNERS, PLLC
*Local Counsel for Petitioner*
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
(954) 727-8570 – Telephone
(954) 241-6857 – Facsimile

Primary: omar@lawlp.com
Secondary: claudia@lawlp.com;
          frances@lawlp.com

**By: /s/ Omar M. Salazar II**

OMAR M. SALAZAR II, ESQ.
Fla. Bar No.: 0106175

**Omar Salazar**

| | |
|---|---|
| **From:** | Claudia Mir |
| **Sent:** | Friday, February 18, 2022 8:39 PM |
| **To:** | jostein@eikeland.ch; eidetord@gmail.com |
| **Cc:** | Omar Salazar; Frances Rodriguez; Brian L. Grossman; Stefan Savic |
| **Subject:** | SERVICE OF COURT DOCUMENT(S) - Abalith Holdings Limited v. Jostein Eikeland, Case No.: 9:21-CV-80791-AMC/BER |
| **Attachments:** | [017] Order on Plt Motion to Compel re ECF No. 12 (02-18-22).pdf |

| COURT: | In the United States District Court for the Southern District of Florida |
|---|---|
| Case Style(s) and Case Number(s): | *Abalith Holdings Limited v. Jostein Eikeland*<br><br>Case No.: 9:21-CV-80791-AMC/BER |
| DCOUMENT(S) SERVED WITH THIS EMAIL: | 1. Order on Plaintiff's Motion to Compel [ECF No. 12] |
| FILED BY: | Bruce E. Reinhart,<br>United States Magistrate Judge |
| SERVED BY: | Omar M. Salazar II, Esq.<br>(954) 727-8570<br>omar@lawlp.com<br>claudia@lawlp.com |

Kindly,



*Claudia Mir*

**Levy & Partners, PLLC**
Paralegal to:
Omar M. Salazar, Esq.
Telephone: (954) 727-8570 Ext. 111
Facsimile: (954) 241-6857
E-mail: **claudia@lawlp.com**

Please contact me at:
*Broward Office:*
3230 Stirling Road, Suite 1
Hollywood, Florida 33021

*Miami Office:*
1200 Brickell Avenue, Suite 800
Miami, FL 33131

1

Telephone: (954) 727-8570                          Telephone: (305) 873-6434
Facsimile: (954) 241-6857                           Facsimile: (305) 468-6287
Web: www.lawlp.com

Confidentiality notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

IRS Circular 230 Notice: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this email, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding penalties under the U.S. Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or matter addressed in this e-mail or attachment.